AO 245H (Rev. 12/03) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
KIM, MICHAEL
1:07-MJ-05M

LOWELL, MA 01854

**JUDGMENT IN A CRIMINAL CASE**
**(For a Petty Offense)** — Short Form

CASE NUMBER: RI30 W0963606

USM NUMBER:

Defendant's Attorney

**THE DEFENDANT:** KIM, MICHAEL

☐ **THE DEFENDANT** pleaded guilty to count(s) ____________________

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 50 C.F.R. 27.93 | Littering: Discarding Personal Property | 9/9/06 | |

☐ Count(s) ____________________ ☐ is ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

| | | Assessment | Fine | Processing Fee |
|---|---|---|---|---|
| **Total:** | 125.00 | $ | $ 100.00 | $ 25.00 |

Defendant's Soc. Sec. No.: ###-##-5844

Defendant's Date of Birth: xx/xx/1975

Defendant's Residence Address:

Lowell, MA

Defendant's Mailing Address:

Lowell, MA

Jan. 19, 2007
Date of Imposition of Judgment

David L Martin
Signature of Judge

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
Name and Title of Judge

Jan. 29, 2007
Date